**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:                                                                    CASE NO: 18-80001
Kristie Lynette Sherbia

                                                                              CHAPTER 13

_____

DEBTOR (S)

### TRUSTEE'S MOTION FOR EX-PARTE DISMISSAL
### OF CHAPTER 13 PETITION WITH A §109(g) FINDING
### FOR FAILURE TO COMPLY WITH THE ORDER OF THE COURT

Now comes the Standing Chapter 13 Trustee, Jon C. Thornburg, who with respect reports that:

1.

Debtor's Petition was filed on January 02, 2018.

2.

On April 12, 2018, a hearing was held and an order was signed granting debtor(s) fifteen (15) days to file and notice a four corners plan if and only if, pay pursuant and provide an affidavit regarding 2013 LDR tax returns on or before 4/27/18, with failure to take the above-directed actions being cause for the case to be dismissed without further hearing upon the filing of an ex parte motion by the Standing Trustee.

3.

The Standing Chapter 13 Trustee reports that Debtor has not complied with the above-mentioned Order and has failed to file and notice a four corners plan if and only if, pay pursuant and provide an affidavit regarding 2013 LDR tax returns on or before 4/27/18, and now shows per the certified record of payments attached hereto, that the last payment received from Debtor was on February 20, 2018.

4.

The Trustee seeks approval pursuant to Il U. S. C. §1326(a)(2) and in accordance with the Court's "No-Look" fee order to pay attorney fees from funds held by the Trustee in the Debtor's case, if any.

The Trustee now moves the Court for an Ex-Parte Order dismissing the case with a finding under 11 U.S.C. §109(g) and for all other just and proper relief as would be just in the circumstances.

Respectfully submitted this  24th day of May, 2018.

                                                            Jon C. Thornburg
                                                            CHAPTER 13 TRUSTEE

                                                            /s/ Ryan C. Robison
                                                            _____
                                                            Jon C. Thornburg, Trustee
                                                            Ryan C. Robison, Staff Attorney (Bar Roll #30695)
                                                            Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
                                                            P.O. Box 11877
                                                            Alexandria, LA 71315
                                                            (318)-448-1306

| Amount | Date | Posting Code Description |
|---|---|---|
| $298.45 | 02/07/2018 | EMPLOYER PAYROLL DEDUCTION CHECK |
| $169.86 | 02/20/2018 | EMPLOYER PAYROLL DEDUCTION CHECK |

Certified to be a True and
Exact Copy of Original
Jon C. Thornburg, Ch. 13 Trustee

By _Renee DeLoach_